```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
       -against-                    :    No. 01 Cr. 307 (JFK)
                                    :         **ORDER**
OCTAVIO FRIAS,                      :
                                    :
                       Defendant.   :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

   The Government is directed to file its response to Defendant Octavio Frias's <u>pro se</u> motion for compassionate release, (ECF No. 143), by no later than August 31, 2020, and to mail a copy to Frias at that time. Frias shall have 30 days from the date on which he is served with the Government's response to file a reply, if any. Absent further order, Frias's motion will be considered fully submitted as of that date.

   The Court will mail a copy of this Order to Frias today.

**SO ORDERED.**

Dated:  New York, New York
        August 17, 2020

                                        /s/ John F. Keenan
                                        _____
                                        John F. Keenan
                                        United States District Judge