```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA                :
                                        :
     -against-                           :   No. 01 Cr. 307 (JFK)
                                        :        ORDER
OCTAVIO FRIAS,                          :
                                        :
                    Defendant.          :
----------------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

The Government is directed to file a response to <u>pro se</u> Defendant Octavio Frias' ("Frias") renewed motion for compassionate release, (ECF No. 150), by no later than June 22, 2022, and to mail a copy to Frias at that time. Frias shall have 30 days from the date on which he receives the Government's response to file a reply, if any. Absent further order, Frias' motion will be considered fully submitted as of that date.

The Court will mail a copy of this Order to Frias today.

**SO ORDERED.**

Dated: New York, New York
       June 9, 2022

_____
John F. Keenan
United States District Judge